4-206

STATE OF NEW MEXICO
IN THE DISTRICT COURT

_EIGHTH_ JUDICIAL DISTRICT

_CLIFTON SKIDGEL_, Plaintiff

against

_MICHAEL MARTIN, S. Phillips_, Defendant
_CORRECTIONS MEDICAL SERVICES_

FILED IN MY OFFICE
8TH JUDICIAL DIST. COURT
UNION COUNTY, NM OH

2011 NOV 21  PM 1:19

BERNABE P. STRUCH
CLERK OF THE
DISTRICT COURT
No. _CV 2011-84_

**SUMMONS**

**THE STATE OF NEW MEXICO**

TO: _MICHAEL MARTIN_ , Defendant(s)

ADDRESS: _185 Dr. Michael Jenkins Rd. Clayton, NM_

GREETINGS:

You are hereby directed to serve a pleading or motion in response to the complaint within thirty (30) days after service of this summons, and file the same, all as provided by law.

You are notified that, unless you serve and file a responsive pleading or motion, the plaintiff will apply to the court for the relief demanded in the complaint.

Attorney or attorneys for plaintiff:

_CLIFTON SKIDGEL, PRO SE_

Address of attorneys for plaintiff:
(or of plaintiff, if no attorney)

_185 Dr. Michael Jenkins Rd. Clayton, NM_

WITNESS the Honorable **JOHN M. PATERNOSTER** district judge of the _EIGHTH_ judicial district court of the State of New Mexico, and the seal of the district court of _Union_ County, this _21_ day of _November_, 20_11_.

**BERNABE P. STRUCK**
Clerk

By _Karen Veetes_
Deputy

**RETURN**

STATE OF NEW MEXICO   )
                       )  ss
COUNTY OF _Union_      )



**EXHIBIT**
**A**

CV 2011-84

I, being duly sworn, on oath, say that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served the within Summons in said County on the _____ day of _____, 20_____, by delivering a copy thereof, with copy of Complaint attached, in the following manner:
( **check one box and fill in appropriate blanks)**
[ ]   [to Defendant _____ (used when Defendant receives copy of Summons or refuses to receive Summons)
[ ]   [to _____, a person over fifteen (15) years of age and residing at the usual place of abode of Defendant _____, who at the time of such service was absent therefrom.]
[ ]   [by posting a copy of the Summons and Complaint in the most public part of the premises of Defendant _____ (used if no person found at dwelling house or usual place of abode)
[ ]   [to _____, an agent authorized to receive service of process for Defendant
_____
[ ]   [to _____, (parent) (guardian) of Defendant _____ ( used when Defendant is a minor or an incompetent person)
[ ]   [to _____ (name of person), _____, (title of person authorized to receive service) (used when Defendant is corporation or association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision)
Fees:

_____
Signature of Person Making Service

_____
Title (if any)

*Subscribed and sworn to before me this _____ day of _____, 20_____

_____
Judge, Notary or Other Officer
Authorized to Administer Oaths

_____
Official Title

*If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be  notarized.
[Adopted effective August 1, 1988.]

Clifton Skidgel
28869 Hy 2-B 115u
Nov 23, 2011

Please make Return to me as

soon as possible.

Clifton Skidgel

_EIGHTH_ JUDICIAL DISTRICT COURT

STATE OF NEW MEXICO

COUNTY OF _UNION_

_CLIFTON  SKIDGEL_
Plaintiff,

)
)
)
)
)
)                    v.
)
)
)
_MICHAEL MARTIN_                    )
Defendant(s),                      )
_SHERRY Phillips_
_CORRECTIONS MEDICAL SERVICE_

FILED IN MY OFFICE
8TH JUDICIAL DIST. COURT
UNION COUNTY, NM ON

2011 NOV 21  PM 1: 17

BERNADE P. STRUCK
CLERK OF THE
DISTRICT COURT

CIVIL NO # _CV 2011-84_

COMPLAINT
(TORT)

## I.   NATURE OF THE ACTION

1.   This is a tort suit authorized by the New Mexico Tort Claims Act, Chapter 41 N.M.S.A.

by a corrections department prisoner who seeks damages for the following:

   (a)   _VIOLATION OF CIVIL RIGHTS RESULTING IN_
   _CRUEL and Unusual Punishmest and Treatment._
   _Denial of Medical TREATMENT, Undue_
   _HARASSMENT FOR BRinging Litigation_

## II.   JURISDICTION

2.   _EIGHTH_ District Court has jurisdiction in Tort actions pursuant to the New

Mexico Tort Claims Act N.M.S.A. Chapter 41. a Notice of Claim was previously filed

with the Risk Management Division pursuant to 41-4-16, N.M.S.A. (1978).

## III.   PARTIES

3.   The plaintiff is _CLIFTON  SKIDGEL_, a prisoner at the _NORTH EAST_

_NEW MEXICO DENTION FACILITY._

4.   Defendant(s) is(are) MICHAEL MARTIN _____, and holds the office of SECURITY WARDEN, Sherry Phillips, Health Services ADMINISTRATOR, CORRECTIONS MEDICAL SERVICES (VENDOR)

### IV. FACTS

5.   AS STATED IN THE NOTICE OF CLAIM (ATTACHED here to) SECURITY WARDEN MICHAEL MARTIN ORDERED MYSELF AND FOUR OTHERS TO BE PLACED IN SEGREGATION ON JUNE 30, 2011 UNTIL JULY 6, 2011 WITHOUT ANY MEANS TO CHALLENGE THE LOCKDOWN OR THE SANCTIONS IMPOSED, SUPPRESSING MY CIVIL RIGHTS INCLUDING THE PROTECTION AGAINST ARBITRARY PUNISHMENT AND DISCIPLINARY SANCTIONS CONTRARY TO THE 5TH AND 14TH AMENDMENTS DUE PROCESS CLAUSE AS WELL AS EQUAL PROTECTION OF FEDERAL AND STATE LAWS GUARANTEEING MY LIBERTY INTEREST PROVIDED BY THESE FEDERAL AND STATE LAWS AND THE 4TH EDITION OF AMERICAN CORRECTIONAL ASSOCIATIONS STANDARDS, THE CORRECTIONS DEPARTMENT POLICY ON DISCIPLINARY PLACEMENT, GEO FACILITY HANDBOOK WHICH BAR SUCH ARBITRARY PUNISHMENT AND DISCIPLINARY SANCTIONS. WARDEN MARTIN'S TOTAL INDIFFERENCE TO MY CIVIL RIGHTS IS GROSSLY unconstitutional. ON June 30, 2011, NEARLY 30 INMATES

# IV FACTS

5. CONTINUED:

WERE BEING DISCHARGED FROM THE ORIENTATION POD, HOUSING UNIT 1-E Pod. I WAS AMONG THOSE BEING PLACED IN GENERAL POPULATION. ON FINDING THAT NOT ENOUGH EMPTY BUNKS WERE AVAILABLE FOR SUCH A MOVE, I WAS RETURNED TO HOUSING UNIT 1-E POD FOR INSTITUTIONAL COUNT WITH THE UNDERSTANDING THAT THOSE OF US BEING RETURNED (APPROXIMATELY 5) WOULD BE MOVED TO GENERAL POPULATION. MYSELF AND ANOTHER INMATE WERE PLACED IN HOUSING UNIT 1-E Pod CELL 214 AND SERVED THE GEO-NENMCF LOCKDOWN Schedule "NOTICE TO OFFENDER" (SEE EXHIBIT #1) I WAS REFUSED A MISCONDUCT REPORT AND NO HEARING ON THE MISCONDUCT. I WAS NOT ALLOWED A WRITTEN REPORT NOR THE OPPORTUNITY TO CHALLENGE EVIDENCE AGAINST ME OR TO PRESENT EVIDENCE IN MY DEFENSE, IN VIOLATION OF LAW. I ATTEMPTED A DISCIPLINARY APPEAL ON 7/8/11 (See Grievance 8-11-10), SAID APPEAL WAS DESTROYED.

6. ON JULY 28, 2011 WARDEN Michael MARTIN PLACED THE INSTITUTION ON A RESTRICTED MOVEMENT STATUS TO ALLOW FOR A RELIGIOUS PRESENTATION BY A WELL KNOW CELEBRITY CAUSING A CANCELLATION OF A SCHEDULED MEDICAL APPOINTMENT (PHYSICAL) (SEE GRIEVANCE 8-11-09)

6. CONTINUED.

THIS APPOINTMENT WAS A LONG-AWAITED APPOINTMENT WAS WITH A Physician (physical) And A NURSE (RECORDS). I had WAITED FOR THIS APPOINTMENT SINCE JUNE 9, 2011, WELL OVER A MONTH. I had (HAVE) SUFFERED IN PAIN AND would BE REQUIRED TO WAIT ANOTHER 4 to 6 WEEKS FOR ANOTHER APPOINTMENT WITH A physician. I SUBMITTED A HEALTH SERVICES REQUEST FORM ON 8-1-11 (HERE AFTER HSRF) TO VERIFY THE APPOINTMENT PROBLEM. THIS LOSS OF A MEDICAL APPOINTMENT FOR TREATMENT OF A GREAT MANY INJURIES AND diseases VIOLATES MY CIVIL RIGHTS TO TREATMENT FOR MY MEDICAL NEEDS, (SEE GRIEVANCE #P-11-09) AS WELL AS VIOLATES CORRECTIONS MEDICAL SERVICES (HERE AFTER "CMS") CONTRACT #OP 770-1200-0007 (NOT AVAILABLE).

7. AGAIN AS STATED IN THE NOTICE OF CLAIM DATED August 24, 2011 AND previous NOTICE of MARCH 26, 2010 (CMS in-PART) CMS Refuses TO PROVIDE Adequate AND PROPER MEDICAL DIAGNOSES AND TREATMENT OF THE MANY MEDICAL CONDITIONS I SUFFERS INCLUDING ADRENAL ADENOMAS, OSTEOPENIA WITH MINIMAL LUMBAR SPONDYLOSIS, CHRONIC OBSTRUCTIVE PULMONARY DISEASE, COMPRESSED FRACTURE Deformity OF

7. CONTINUED
VERTEBRA L4, DEGENERATION OF L3-L4
VERTEBRA, LEVOSCOLIOSIS, DEGENERATION
(ARTHRETIC) LEFT AND RIGHT HIP JOINTS,
BUN/CREA RATIOS IMBALANCE, A deformed
And PAINFUL GREAT TOE NAEL AND
GLUCOMA WITH CATARACS. CMS's DISREGARD
And 4 to 6 WEEK WAITING PERIODS
HAS LEAD to a MEDICAL MALPRACTICE
Complaint BEING Filed As REQUIRED
By The New MEXICO TORT CLAIMS ACT
ON APRIL 26, 2010 The New MEXICO
REVIEW COMMISSION Found ON APRIL
27, 2010 THAT CMS is not A Qualified
Health Care Provider under the NEW
MEXICO MALPRACTICE ACT §41-5-1 et seq
NMSA 1978. CMS REFuses to PROVIDE
Adequate STAFF of Physicians, Physician
Assistants (NURSE PRACTIONEE) And nurses.
At The NORTHEAST NEW MEXICO DETENTION
FACILITY. AT CLAYTON N.M. CONTRARY
TO And IN VIOLATION of CMS'S
CONTRACT WITH CORRECTIONS DEPT.
CMS has Agreed to meet ALL Federal
And STATE's RIGHTS TO INMATE HEALTH
CARE As WELL As HEALTH SYSTEMS BUREAU
And ACA STANDARD As WELL As the
CONSCIOUS DEPARTMENT Poli...

7. CONTINUED:

IN PARAGRAPH 1.1 OF THE VENDOR'S CONTRACT.
THIS NEGLECT HAS RESULTED IN MY
CONTINUED SUFFERING WITH PAIN
AND BLADDER AND BOWEL CONTROL AS
WELL AS STOMACH PROBLEMS. CMS
HAS REFUSED TO REPLACE A BACK BRACE
NORMALLY WORN. I WAS REQUIRED TO
TURN IN PREVIOUS BACK BRACE UPON
TRANSFER FROM WESTERN NEW MEXICO
CORRECTIONAL FACILITY. AS OF JUNE 9, 2011
WHEN MY TRANSFER TO THIS FACILITY
WAS MADE — DUE TO THE LACK OF MEDICAL
SERVICE AT WESTERN, I HAVE SUBMITTED
AT LEAST 5 HEALTH SERVICE REQUEST
FORMS FOR NEEDED TREATMENT OF
BACK INJURIES, HIP PAIN, REMOVAL
OF THE PAINFULL GREAT TOE NAIL; ALL
TO BE "REFERRED" TO A HEALTH CARE PROVIDER,
WHICH TAKES AT LEAST 4 TO 6 WEEKS,
CONSTITUES NEGLEGENCE AND DELEBERATE INDIFFERENCE,
THAT VIOLATES CONSTITUTIONAL STANDARDS.
    SINCE 2-19-10 PLAINTIFF HAS SOUGHT
RE-EVALUATION OF THE TUMORS, CAUSE OF
FALLS, BOWEL AND BLADDER LOSS OF CONTROL,
(SEE GRIEVANCE 10-040) AS WELL AS OTHER
INJURIES OR DISEASES. THESE FALLS AND
PROBLEMS WERE OF NO CONCERN FOR CMS AT

7. Continued

NEW MEXICO CORRECTIONAL FACILITY AT GRANTS,
NM. CMS CONTINUES TO REFUSE the
BACK BRACE, REQUIRES I CLIMB to the TOP
BUNK WITH OUT A LADDER despite the
BACK INJURY, ARTHRITIC hips AND A double
HERNIA.

8. AS WITH THE NOTICE OF CLAIM TO BRING
A TORT CLAIM AGAINST CMS, MS. SKAGGS,
ASSOCIATE HEATH CARE ADMINISTRATOR WAS
NOTIFIED, in WRITING on AUGUST 22, 2011
NOT to SCHEDULE ANY MORE APPOINTMENTS.
(SEE ATTACHMENT). ON AUGUST 26, 2011 I
WAS REQUIRED to GIVE the INFIRMARY
OFFICER A NOTICE ADDRESSED "TO WHOM IT
MAY CONCERN" NOTIFYING CMS AND
SECURITY STAFF THAT LITEGATION HAS
COMMENCED AND CMS APPOINTMENTS
WOULD HAVE to BE DONE BY CHAPTER 41
TORT LAW. MS. SHERRY PHILLIPS IGNORES
the STATE LAW, REQUIRES INMATES to
SIGN "BLANK" REFUSALS AND CONTINUES
to CIRCUMVENT THE LAW HAVING NO
REGARD FOR the STATE STATUES OR the
RIGHTS OF PRISONERS. ON SEPTEMBER 6, 2011
(SEE ATTACHMENT) MS. PHILLIPS WAS NOTIFIED
FOR THE THIRD AND FINAL TIME

8. CONTINUED:

WITH WRITTEN NOTICE TO SEAL ALL MY
HEALTH CARE FILES PURSUANT TO THE NEW
MEXICO RULES OF EVIDENCE, THE RULES OF
CIVIL PROCEDURE AND THE NEW MEXICO TORT
CLAIMS ACT, EXCEPT FOR DENTAL AND
OPTOMETRIST. MS. PHILLIPS WAS FURTHER
REQUESTED NOT TO SUMMON ME FOR ANY
MORE APPOINTMENTS UNTIL SHE HAD
SPOKEN WITH COUNSEL AS REQUIRED BY
SECTION 41-5-10 MEDICAL MALPRACTICE
ACT. (SEE GRIEVANCE 09-11-17 AND ATTACHMENTS)
MS. PHILLIPS CONTINUES TO HARASS ME
WITH MEANINGLESS CALL OUTS, IN
VIOLATION OF STATE LAW.
    CMS HAS FURTHER VIOLATED MY CIVIL
RIGHTS, STATE LAW, ACA STANDARDS, CORRECTIONS
DEPARTMENT POLICY AND VENDOR'S CONTRACT IN
LOSSING CERTAIN RADIOLOGY REPORTS.
(SEE GRIEVANCE 09-11-15) PLAINTIFF HAS PAID
BY INSTITUTIONAL CHECK #5091, DATED 7/20/11
FOR A SERIES OF RECORDS, SOME OF WHICH
WERE MISSING. THESE RADIOLOGY REPORTS
CONCERN BACK INJURIES COMPLAINED
ABOUT AND ARE CRITICAL EVIDENCE
(SEE GRIEVANCE 09-11-15)
MS. S. PHILLIPS CONTINUES TO VIOLATE STATE
LAW SECTION 30-47-9 WITH HER HARASSMENT

8. CONTINUED:

HER HARASSMENT IS ADDRESSED BY GRIEVANCE #09-11-17.

9.
   THE CORRECTIONS DEPARTMENT POLICY ON GRIEVANCES CD-150500 AS USED BY THIS FACILITY IS UNCONSTITUTIONAL. (SEE GRIEVANCE 8-11-08). THE SENIOR WARDEN REFUSES TO ADDRESS THE CONDUCT OF THE GRIEVANCE OFFICER OR VIOLATIONS OF THE GRIEVANCE PROCEDURE.

## V.    PRAYER

WHEREFORE it is demanded the Court issue judgment against the defendant(s) as follows:

$100.00 A day for illegal Segregation (7-days)
$1000.00 per each Constitutional violation.
$100,000.00 from CMS for Pain and
Suffering unnecessarily.

OR.

A Jury TRIAL on all Counts.

Respectfully Submitted.

_Oct 18, 2011_
Date

_Clifton Shultz_
Signature

[THIS NEXT SECTION MUST BE COMPLETED BEFORE A NOTARY PUBLIC]

I, the Affiant, first being duly sworn have read the foregoing pleading and declare that the information contained therein is true and correct to the best of my knowledge.

/s/ _Clifton Shultz_

STATE OF NEW MEXICO

COUNTY OF _Union_

SUBSCRIBED AND SWORN to before me this _24th_ day of _Oct_, 20 _11_

_Sheila Chaloupek_
NOTARY PUBLIC

My Commission Expires. _05/18/2015_

STATE OF NEW MEXICO
NOTARY PUBLIC
SHEILA CHALOUPEK

Clifton Shidget
28869 Hy 2-C-109

August 22, 2011

Re: Notice of Intent

McSkaggs, H.S.A.

   You are Requested NOT to schedule
Any more Appointments for me with Any
CMS STAFF EXCEPT DENIAL and OPTOMETRY.

   Notice of INTENT is HeReBy Given of
The intention to Seek Litigation AgAinst
CMS WNMCF And NENMDF As Requored By
Section 41-4-16 NMSA 1978 (TORT ACT) and
Any FURTHER Appointments will BE CONTRARY to
To §4/-5 of the TORT ACT.

   Legal action has Commenced As of this date.

                    Respectfully,

                    Clifton Shidget

Hand Copy

Clifton Slidgel
2P869  H4 2C109

Aug 26, 2011

To whom it May Concern!

Litigation has commenced Against CMS
Newmaf And Wardon Martin. That
Having Been filed with Risk Management
And Served on Wardon Martin you
Are without Authority to call me
For Any Appointment, Sick Call, Examination
or Any Other purpose other than
Dental And Eye doctor, Pursuant to
New Mexico Statues Aunstated Chapter
41 Section 5-10 et Al, New Mexico
Medical Mal Pratice Act. Any Attempt
to Call me or Otherwise Summon
me will Be Seen As An A Attempt
to Violate My Civil Rights And
As Harassment.

Clifton Sledge

HAND COPY

SEPTEMBER 6, 2011

TO: Ms. S. Phillips, H.S.A.

FM: Clifton Skidgel, 28869 Hu 2C10.9

Please Be Advised that FORMAL NOTICE

of CLAIM hAS Been Filed IN ST. Louis

MO, with the General Counsel of CMS.

you Are REQUESTEd And demanded to SEAL

ALL MY MEDICAL FILES EXCEPT Dental

And OPtometrist who are not named in the

Litigation. ALL documents, RECORDs, test Results,

And X-RAYS ARE NOW Protected BY the

RuLEs of EVIDENCE, CIViL Procedure and

Federal LAW. NO withdrawaL oR Addition

to those RECORDs is PERMItted.

2.

IN Addition to this you Are Requested

For the third And finAl time not to

summon me FoR Any ReAson. This is

in ViolAtion of ChApter 41- SectioN 5-10

of the TORT ACT And especiAlly the

MedicAl MALPRACtice ACT of the

New MEXICO STAtues AnnotAted 1978.

IN Short, CAll youR AttoRNey's

BeFore you cALL me.

Respectfully,

Citizen Studgit

DATE of Action: 8/24/2011

TO:     Risk Management
        P.O. Box Drawer 26110
        Santa Fe, N.M. 87502

DATE: _August 24, 2011_
(Print date form being sent)

## NOTICE OF CLAIM
(This form must be filed before you file a tort complaint.)

Pursuant §41-4-16, N.M.S.A. (1978), you are advised that:

I, _Clifton Skidgel, 28869_, hereby give notice that I sustained a
(Print your name)
loss/injury for which I may be entitled to recover, pursuant to the New Mexico Tort Claims Act.

The loss/injury occurred on or about _FEBRARY 19, 2010 to PRESENT_
(Print date of loss/injury)
at the _WNMCF (Grants) & NSNMDF (Clayton)_ Facility under the following
(Print name of Facility)
circumstances: (Please state facts briefly and clearly.) 1) SECURITY WARDEN
Michael MARTIN, SUBJECTED ME TO CRUEL And
unusual Punishment And treatment with loss of
Civil Rights in Placing me in SEGREGATION FROM
June 30, 2011 TO July 6, 2011 And subjecting me to
loss of normal ACTIViTies And Previleges without
the due Process of Law, contrary to EXISTING
Disciplinary Policies And Civil Right.
2) SECURITY WARDEN Michael MARTIN Denied me
Access to HEALth CARE Providers (CMS) FOR
The PURPose of Religious ACTIViTies in the FACiLITY
Further subjecting me TO A loss of Civil Rights
And denying me TREATMENT FOR PAIN And Suffering.
(continued on page 2)

_Clifton Skidgel_
(Name of Plaintiff (Your name)

NOTICE OF CLAIM

Page 2

Which occurred on July 28, 2011.

③ CMS WNMCF Denied me Proper medical
ATTENTION, Diagnosis, And TREATMENT of MEDICAL
conditions on FEBRUARY 19, 2010 to June 9, 2011
When I was TRANSFERRED TO NENMDF Clayton, NM
in which Requested MRI/CT Scans BE Proberm to
DETERMINE Seriousness of Know FRACTURES/deformed
VERTEBRAS, Bone Disease, And ADRENAL ADenomas
EVAN tho Recent LABORATORY Results (continuing)
inDiCATE illness (WNMCF) (NENMDF).

④ The MEDICAL STAFF AT NENMDF, Clayton Are
INADequate Resulting in the loss of MEDICAL
TREATMENT in Diagnosing or Planning for The
TREATMENT of Bone Diseases. The Lack of ALAILABLE
DocTors (MD) And incorrect PROTOCOL Resulting
in no meaningful medical treatment.

⑤ CMS has Further Violated my Civil Rights in
withholding MEDICAL Records TERMED AS Lost or
unavailable despite my having paid for the service
And Reproduction of Said Records.

⑥ CMS, NENMDF, Clayton Lacks the Ability to Meet
CONTRACT OBLiganons, Federal And STATE LAWS Requiring
PROVISION of Medical SERVices to Me.

Clifton Skidgel

TO:    Risk Management
        P.O. Box Drawer 26110
        Santa Fe, N.M. 87502

DATE: _Sept 19, 2011_
        (Print date form being sent)

## NOTICE OF CLAIM
(This form must be filed before you file a tort complaint.)

Pursuant §41-4-16, N.M.S.A. (1973), you are advised that:

I, _Clifton Skidgel_ , hereby give notice that I sustained a
(Print your name)

loss/injury for which I may be entitled to recover, pursuant to the New Mexico Tort Claims Act.

The loss/injury occurred on or about _Sept 19, 2011_
                                              (Print date of loss/injury)

at the _NENMDF, Clayton, NM_ ___ Facility under the following
(Print name of Facility)

circumstances: (Please state facts briefly and clearly.) _Ms. Sherry_

_Phillips, Health Services Administrator_

_has Violated my Civil Rights under_

_42 USC 1983, especially §41-5-10_

_of the New Mexico Medical Malpractice_

_Act and the Rules of Evidence_

_new Mexico Statues annotated in_

_Attempting to Circumvent State_

_law, in attempt to intimidate or_

_harass me for seeking equal_

_Protection and other Civil Rights_

_Violation Already Notified under_

_Chapter 41_

_Clifton Skidgel_
(Signature of Plaintiff (Your name))

NOTICE TO RISK MANAGEMENT

CONTINUED

MS. S. PHILLIPS HAS - DESPITE SEVERAL
WARNINGS HAS ATTEMPTED TO VIOCATE MY
CIVIL RIGHTS IN CONTINUEING TO
SCHEDULE APPOINTMENTS (unnecessarily)
IN VIOLATION OF § 41-5-10 AFTER
PROPER SERVICE OF CLAIM NOTIFICATION
WAS MADE. HER ATTEMPTS TO HARASS
ME ON THIS DATE (9-19-11)

PAGE 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CLIFTON SKIDGEL,

        Plaintiff,

vs.                                             Cause No. _____

MICHAEL MARTIN, S. PHILLIPS, and
CORRECTIONS MEDICAL SERVICES,

        Defendants.

### NOTICE OF CONSENT TO REMOVAL

        Defendant Michael Martin, by his attorneys, Yenson, Lynn, Allen & Wosick, P.C. (April D. White) hereby provides written notice to the Court that Defendants S. Phillips and Corrections Medical Services, by and through their attorneys, Allen, Shepherd, Lewis, Syra & Chapman, P.A. (Nicole M. Charlebois) consent to the removal to the United States District Court for the District of New Mexico of the lawsuit filed in the Eighth Judicial District Court of New Mexico and styled *Clifton Skidgel v. Michael Martin, S. Phillips, and Corrections Medical Services*, D-818-CV-2011-00084. This consent is given without waiving these Defendants' rights to assert any and all defenses allowed under the Federal Rules of Civil Procedure.

Signed By:

Nicole M. Charlebois, Esq.
Allen, Shepherd, Lewis, Syra & Chapman, P.A.
*Attorneys for Defendants S. Phillips and Corrections Medical Services*
P.O. Box. 94750
Albuquerque, NM 87199-4750
(505) 314-0110
(505) 341-3434
ncharlebois@allenlawnm.com

**EXHIBIT**

**B**

Respectfully submitted,

YENSON, LYNN, ALLEN & WOSICK, P.C.

April D. White
Attorneys for Defendant Michael Martin
4908 Alameda Blvd. NE
Albuquerque, NM 87113
(505) 266-3995
awhite@ylawfirm.com

I hereby Certify that a true
copy of the foregoing pleading
was mailed to:

Clifton Skidgel #28869
Plaintiff *pro se*
Northeastern New Mexico Detention Facility
185 Dr. Michael Jenkins Rd.
Clayton, NM 88415

on this 3d day of January, 2012.

April D. White

2